**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**DONALD WILLIAMS, JR., #187184**                             **PETITIONER**

v.                                          **CAUSE NO. 1:15cv422-LG-FKB**

**WARDEN BRADLEY**                                                 **RESPONDENT**

### ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING PETITION

For the reasons stated in the [58] Report and Recommendation of the Magistrate Judge filed February 2, 2019, and after an independent review of the record, a de novo determination of the issues, consideration of Petitioner's [61] Objection to the Report and Recommendation, Respondent's [64] Response to Petitioner's Objection, and having determined that the findings are correct under applicable law:

**IT IS ORDERED AND ADJUDGED** that the [58] Report and Recommendation of the Magistrate Judge is **ADOPTED** as the findings and conclusions of this Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus filed by the Petitioner is **DENIED**. This case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 11th day of March, 2019.

                                                                          s/ *Louis Guirola, Jr.*
                                                                          LOUIS GUIROLA, JR.
                                                                          UNITED STATES DISTRICT JUDGE